THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CHARLES CAMPIGLIA, Appellant, Impleaded with Others.

Submitted December 5, 1941; decided January 8, 1942.

*Joseph J. Crisa* and *Benjamin J. Jacobson* for appellant.

*Fred J. Munder, District Attorney* (*Harry C. Brenner* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.